B1 (Official Form 1) (4/10)                                      Bar No#: 05518200

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tri-Cor Services, LLC** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **76-0688895** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1410 North Drive**<br>**Channelview, TX**   ZIP CODE **77530-2716** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1410 North Drive**<br>**Channelview, TX**   ZIP CODE **77530-2716** | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**   (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300   *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.61.1, ID 1409927221)*

**B1 (Official Form 1) (4/10)** Page 2

| **Voluntary Petition** | Name of Debtor(s): **Tri-Cor Services, LLC** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br> Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                   Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Tri-Cor Services, LLC**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**_____

**X**_____

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

**X** /s/ J Mark Davis

**J Mark Davis**                              Bar No. **05518200**

**Law Offices of J Mark Davis**
PO Box 79684
**Houston, TX 77279-9684**

mark@jmarkdavis.com
Phone No.**(713) 461-7800**        Fax No.**(713) 461-7880**

05/20/2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Tri-Cor Services, LLC**

**X** /s/ Galela Nezat
Signature of Authorized Individual

**Galela Nezat**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

05/20/2010
Date

_____
Address

**X**_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re  **Tri-Cor Services, LLC**                                          Case No. _____
                                                                                            (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Tri-Cor Services, LLC**                                    Case No. _____
                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Tri-Cor Services, LLC**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | CA No. 2009-05743, syled Tri-Cor Services LLC et al v Tiger USA Ventures LLC, et al., in the 295th Judicial District Court Court of Harris County, Texas (breach of contract action for labor and materials furnished for custom fabrication of drilling rig). Balance due plus attorney's fees, pre and post judgment interest as allowed by law and costs. | $540,911.26 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Tri-Cor Services, LLC**                                    Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Tri-Cor Services LLC customer list | $1,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Tri-Cor Services, LLC**                                   Case No. _____

                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | Rig platform (subject of suit (see Schedule B.16). Upon information and belief, property in possession of and in use by Defendants including MIIPSA, LLC, in Mexico. (value at estimated cost, $400,000; see value for schedules at B.16). | Unknown |
| | | Rig equipment, including 3 500-bbl mudtanks 1410 North Drive Channelview TX 77530-2716 (value at estimated cost to build new, $600,000 see value for schedules at B.16). | Unknown |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Tri-Cor Services, LLC**                                      Case No. _____

                                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Rig equipment, comprised of 750 Enco Sub structure Jetco Delivery 5521 Harvey Wilson Houston TX 77020 stored at: 7800 Wright Rd Houston TX 77041 (value at estimated cost to build new, $325,000 see value for schedules at B.16). | Unknown |

_____4_____ continuation sheets attached

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

**Total  >**   **$541,911.26**

B6D (Official Form 6D) (12/07)

In re  **Tri-Cor Services, LLC**                                    Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | Subtotal (Total of this Page) > | $0.00 | $0.00 |
| | | | | | Total (Use only on last page) > | $0.00 | $0.00 |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **Tri-Cor Services, LLC**                                         Case No. _____
                                                                                                        (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Tri-Cor Services, LLC**

Case No. _____
                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Abel Gomez**<br>**670 Maxey**<br>**Houston, TX 77216** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,810.50 |
| ACCT #:<br>**Alexander Palma**<br>**16107 Bear Bayou Dr Apt. #21**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $952.50 |
| ACCT #:   **xx4225**<br>**American Alloy Steel**<br>**6230 N. Houston-Rosslyn**<br>**Houston, TX 77240-0469** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $56,013.83 |
| ACCT #:<br>**Artemio Rodriguez**<br>**9322 Oak Knoll Ln**<br>**Channelview, TX 77078** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $26,747.01 |
| ACCT #:<br>**Arturo Ayala**<br>**% Mark J Levine Atty at Law**<br>**4747 Bellaire Ste 500**<br>**Bellaire, TX 77401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | $700.00 |
| ACCT #:<br>**Arturo Rico Lopez**<br>**1710 Scarborosh Ln Apt #29**<br>**Pasadena, TX 77502** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | $4,836.50 |
| | | | | Subtotal > | | $91,060.34 |

_____11_____continuation sheets attached

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                          Case No. _____
                                                                                                      (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ASI Piping**<br>**PO Box 1558**<br>**Vidor, TX 77670** | | DATE INCURRED:<br>CONSIDERATION:<br>**open account**<br>REMARKS: | | | | $1,609.83 |
| ACCT #:<br>**Benchmark Logistics**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $7,785.75 |
| ACCT #:<br>**Bruce E. Nesom**<br>**14803 Anoka**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $34,278.70 |
| ACCT #:<br>**Bryan Nesom**<br>**14803 Anoka**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $19,926.50 |
| ACCT #:<br>**D & L Quality Painting, Inc.**<br>**P.O. Box 1282**<br>**Houston, TX 77251** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $133,075.00 |
| ACCT #:<br>**Dave Castillo**<br>**7706 Hwy 90 W Trl. 13**<br>**Houston, TX 77049** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $15,996.15 |

Sheet no. ____1____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $212,671.93

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                        Case No. _____
                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Eduardo Nieves**<br>**426 Ave D**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,801.50 |
| ACCT #:<br>**ETI Environmental**<br>**PO Box 1169**<br>**Crosby, TX 77532** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $55,932.33 |
| ACCT #:<br>**Eva S. Engelhart, Receiver**<br>**Two Riverway Ste 700**<br>**Houston, TX 77056** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**CA B0183329, Sentry Supply Inc dba Superior**<br>**Supply & Steel v. Tri-Cor Services LLC and**<br>**David Nezat; in the 60th Judicial District Court**<br><br>**of Jefferson County, Texas** | | | | $0.00 |
| ACCT #:<br>**Everitt Industrial Supply**<br>**P.O. Box  1152**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $3,690.30 |
| ACCT #:  **xxx1172**<br>**Farmers Insurance Group**<br>**PO Box 660065**<br>**Dallas, TX 75266-0665** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,187.12 |

Sheet no. ____2____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $62,611.25

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tri-Cor Services, LLC**                                   Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Fondren Orthopedic Group**<br>**7401 S Main Street**<br>**Houston, TX 77030** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,788.00 |
| ACCT #:<br>**Francisco Alarcon**<br>**603 Marleen St**<br>**South Houston, TX 77034** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $19,691.00 |
| ACCT #:<br>**Fugro Consultants, Inc.**<br>**P.O. Box  200559**<br>**Houston, TX 77216-0559** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $485.00 |
| ACCT #:<br>**Galela Nazet**<br>**17335 River Rd**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br>**Salary / reimbursements**<br>REMARKS: | | | | $121,480.00 |
| ACCT #:<br>**Groves Industrial Supply**<br>**6943 Paysphere Circle**<br>**Chicago, IL 60674** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,908.87 |
| ACCT #:<br>**Hugo Arredondo**<br>**8827 Derby**<br>**Houston, TX 77075** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,094.00 |

Sheet no. ____3____ of ____11____ continuation sheets attached to                                    **Subtotal >**    $148,446.87
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Israel Vera**<br>**2436 Broadway #4**<br>**LaPorte, TX 77371** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | $6,910.00 |
| ACCT #:<br>**Jesus Rodriguez-Perez**<br>**16121 Bear Bayou Trl #30**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $2,530.00 |
| ACCT #:<br>**John Nagel**<br>**10906 Harvest Sun Dr.**<br>**Houston, TX 77064** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $1,665.50 |
| ACCT #:<br>**Jonny Vidal**<br>**16410 Ave D #2**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $2,545.00 |
| ACCT #:<br>**Jorge Briones**<br>**1318 French Avenue**<br>**Temple, TX 76504** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $368.00 |
| ACCT #:<br>**Jorge Jimenez**<br>**7815 Nodding Pines Ln**<br>**Houston, TX 77044** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | $2,049.00 |

Sheet no. ___4___ of ___11___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$16,067.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                    Case No. _____
                                                                                     (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Jose Padilla** <br> **8938 Caddo Rd** <br> **Houston, TX 77078** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $6,048.50 |
| ACCT #: <br> **Josue Frias** <br> **15915 Channelview Dr.** <br> **Channelview, TX 77530** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $1,866.00 |
| ACCT #: <br> **Juan M Rocha-Rodriguez** <br> **16121 Bear Bayou Trl #30** <br> **Channelview, TX 77530** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $272.00 |
| ACCT #: <br> **Juan Padron** <br> **975 Sheldon Rd Apt #17** <br> **Channelview, TX 77530** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $1,848.00 |
| ACCT #: <br> **Keith, Inc.** <br> **5914 Willardville** <br> **Houston, TX 77048** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $7,485.00 |
| ACCT #:  **xx0126** <br> **Longhorn Steel** <br> **11921 F.M. 929** <br> **Houston, TX 77041** | | DATE INCURRED: <br> CONSIDERATION: <br><br> REMARKS: | | | | $3,478.02 |

Sheet no. _____5_____ of _____11_____ continuation sheets attached to                                  **Subtotal >** | **$20,997.52**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                    Case No. _____

                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Lynx 1 Hotshot**<br>**P.O. Box 992**<br>**Magnolia, TX 77353** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,440.00 |
| ACCT #:<br>**Macsteel Service Centers USA**<br>**7400 Mesa Drive**<br>**Houston, TX 77028** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $11,060.63 |
| ACCT #:<br>**Marine Inspection Specialists**<br>**112 S. 8th St.**<br>**LaPorte, TX 77571** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $11,275.00 |
| ACCT #:<br>**Mario Morales**<br>**2106 9th St.**<br>**Galena Park, TX 77547** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $668.00 |
| ACCT #:<br>**Mark J Levine**<br>**Levine & Associates PC**<br>**4747 Bellaire Ste 500**<br>**Bellaire, TX 77401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**Metals Supply Company, LTD**<br>**P.O. Box 15352**<br>**Houston, TX 15352** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $303,724.93 |

Sheet no. _____**6**_____ of _____**11**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal > | $331,168.56 |
|---|---|---|
|  | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Tri-Cor Services, LLC**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Michael Stein, Receiver**<br>**1113 Vine Street Ste 217**<br>**HOUSTON, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**CV12CO093262, WW Grainger Inc v. Tri-Cor Services LLC; in the Justice Court Prec 1 Place II, of Harris County, Texas** | | | | $0.00 |
| ACCT #:<br>**Miguel Infante**<br>**1810 Jamie Erin Ln**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,822.50 |
| ACCT #:<br>**Mustang Cat**<br>**Attn: Chris McVey, Director of Finance**<br>**P.O. Box 1373**<br>**Houston, TX  77251-1373** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fee Simple**<br>REMARKS: | | | | $5,444.35 |
| ACCT #:   **xx2765**<br>**North Shore Supply Co.**<br>**P.O. Box 9940**<br>**Houston, TX 77213-9940** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $14,175.36 |
| ACCT #:<br>**Oscar Pahuamba**<br>**14127 Garber Ln**<br>**Houston, TX 77015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | $2,578.00 |
| ACCT #:<br>**Pablo Nieves**<br>**1609 Hiller St**<br>**Houston, TX 77015** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $2,241.00 |

Sheet no. ____7____ of ____11____ continuation sheets attached to                              **Subtotal >**          **$26,261.21**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                          **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Perry Gene Harris**<br>**10906 Harvest Sun Dr.**<br>**Houston, TX 77064** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,250.00 |
| ACCT #:  **x0804**<br>**Phillips Steel & Industrial Supplies**<br>**10001 Porter Rd.**<br>**LaPorte, TX 77571** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $63,472.48 |
| ACCT #:<br>**Primary Steel Products**<br>**P.O. Box 132061**<br>**Spring, TX 77393-2061** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $517,173.57 |
| ACCT #:<br>**Rafael Ruiz Gomez**<br>**15403 Woodforest Blvd**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,540.00 |
| ACCT #:<br>**Ray Anthony International, LLC**<br>**317 South Hwy 146**<br>**Baytown, TX 77520** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $11,479.20 |
| ACCT #:  **4481**<br>**Reliance Metalcenter**<br>**8561 E. North Belt Drive**<br>**Humble, TX 77396** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $8,506.01 |

Sheet no. ____8____ of ____11____ continuation sheets attached to        **Subtotal >**        **$606,421.26**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            **Total >**
                            **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Tri-Cor Services, LLC**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Ricardo Torres**<br>**2409 Maple Ave**<br>**Waco, TX 76707** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $368.00 |
| ACCT #:<br>**Rigo Sanchez**<br>**4911 Debeney**<br>**Houston, TX 77039** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | X | X | | $2,008.00 |
| ACCT #:<br>**Roman Nieves Jr.**<br>**1609 Hiller St**<br>**Houston, TX 77015** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $4,167.00 |
| ACCT #:<br>**Roman Nieves Sr.**<br>**302 Cedar Ln**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $1,417.50 |
| ACCT #:<br>**Ruben Jimenez**<br>**8806 LaPorte Road**<br>**Houston, TX 77012** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | X | X | | $2,661.00 |
| ACCT #:<br>**Santiago Vazquez**<br>**15143 Grassington Dr**<br>**Channelview, TX 77530** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $11,754.00 |

Sheet no. ___9___ of ___11___ continuation sheets attached to                          **Subtotal >**          $22,375.50
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                            Case No. _____

                                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Schill Steel Services**<br>**3001 W. 11th Ave**<br>**Houston, TX 77008** | X | DATE INCURRED:<br>CONSIDERATION:<br>**open account purchases**<br>REMARKS: | | | | $117,859.86 |
| ACCT #:<br>**Sergio Castilleja**<br>**811 Richey #28**<br>**Pasadena, TX 77506** | | DATE INCURRED:<br>CONSIDERATION:<br>**Claim**<br>REMARKS: | | | | $2,222.00 |
| ACCT #:<br>**Staples**<br>**P.O. Box 689020**<br>**Des Moines, IA 50638-9020** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $980.86 |
| ACCT #:   **xx3242**<br>**Superior Steel & Supply**<br>**5450 Northwest Central #200**<br>**Houston, TX 77092** | X | DATE INCURRED:<br>CONSIDERATION:<br>**materials**<br>REMARKS: | | | | $187,309.47 |
| ACCT #:   **xx0434**<br>**Texas Business Systems**<br>**6955 Port West Dr #180**<br>**Houston, TX 77024** | | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | $5,631.72 |
| ACCT #:<br>**Texas Mutual Ins Co**<br>**Attn: Mimi Hastings Shelton**<br>**6210 East Highway 290**<br>**Austin, TX 78723-1098** | | DATE INCURRED:<br>CONSIDERATION:<br>**Worker's Comp Premium Audit**<br>REMARKS:<br>**CA C-1-CV-10-000233, Texas Mutual Ins Co v**<br>**Tri-Cor Services LLC; in the County Civil**<br>**Court at Law No. 1 of Travis County, Texas** | | | X | $118,064.00 |

Sheet no. _____**10**_____ of _____**11**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $432,067.91 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Tri-Cor Services, LLC**                                        Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxISVC**<br>**Texas Steel Processing Inc.**<br>**P.O. Box 951440**<br>**Dallas, TX 75395-1440** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$19,675.00** |
| ACCT #:<br>**Tomas Ojeda**<br>**1227 Ave F**<br>**Houston, TX 77083** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | **$10,231.00** |
| ACCT #:  **x0342**<br>**Tristar Welding Supply Co**<br>**12771 Market St**<br>**Houston, TX 77015** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$43,581.06** |
| ACCT #:<br>**Tristar Welding Supply Co**<br>**12771 Market Street Road**<br>**Houston, TX 77015-6034** | | DATE INCURRED:<br>CONSIDERATION:<br>**Open account**<br>REMARKS: | | | | **$43,327.93** |
| ACCT #:  **xxxxx9194**<br>**W.W. Grainger, Inc.**<br>**7300 N. Melvina Ave.**<br>**Niles, IL 60714** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$4,637.05** |
| ACCT #:<br>**Wilmer Carpio**<br>**225 Aldine Bender Rd. #1601**<br>**Houston, TX 77060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Fair Labor Standards Act claims**<br>REMARKS: | | X | X | **$3,873.00** |

Sheet no. ____11____ of ____11____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**     **$125,325.04**

**Total >**     **$2,095,474.89**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Tri-Cor Services, LLC**                                      Case No. _____
                                                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Galela Nazet** <br> 1410 North Drive <br> Channelview, TX 77530-2716 | Lease for real property 1410 North Drive <br> Contract to be REJECTED <br> Contract is in DEFAULT |
| **Jetco Delivery** <br> 5521 Wright Road <br> Houston, TX 77020 | Month to month tenancy for storage at 7800 Wright Road, Houston, TX 77041; $200/month |

B6H (Official Form 6H) (12/07)

In re  **Tri-Cor Services, LLC**                                    Case No. _____

                                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **David Nazet**<br>17335 River Rd<br>Channelview, TX 77530 | **Superior Steel & Supply**<br>5450 Northwest Central #200<br>Houston, TX 77092 |
| **David Nazet**<br>17335 River Rd<br>Channelview, TX 77530 | **Schill Steel Services**<br>3001 W. 11th Ave<br>Houston, TX 77008 |
| **Galela Nazet**<br>17335 River Rd<br>Channelview, TX 77530 | **Schill Steel Services**<br>3001 W. 11th Ave<br>Houston, TX 77008 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re  **Tri-Cor Services, LLC**                                   Case No.

                                                    Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $541,911.26 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $2,095,474.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 22 | $541,911.26 | $2,095,474.89 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Tri-Cor Services, LLC**                                        Case No. _____
                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ *Managing Member* _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **23** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **05/20/2010**_____          Signature __ **/s/ Galela Nezat** _____
                                                                                    *Galela Nezat*
                                                                                    *Managing Member*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                          Case No. _____

                                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

None
☐

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010 |
| $932,241.00 | 2009 |
| $5,924,421.00 | 2008 |

---

None
☑

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None
☐

c.  All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Galela Nezat<br>17335 River Rd<br>Channelview, TX 77530 | 5/26/2009<br>$1000.00<br>7/02/2009<br>$870.00<br>8/14/2009<br>$300.00<br>8/21/2009 | $5,580.00 | $2,670.00 |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **Tri-Cor Services, LLC**                                           Case No. _____

                                                                              (if known)


# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

$500.00

see also
Schedule F

08/08/2009
$1300
09/10/2009
$1000
09/10/2009 $
200
09/14/2009 $
410

| | | | |
|---|---|---|---|
| **Jared Nezat**<br>**17335 River Rd**<br>**Channelview TX 77530** | 8/21/2009 | $500.00 | $0.00 |
| **Tyler Nezat**<br>**17335 River Rd**<br>**Channelview TX 77350** | 6/29/2009<br>$390.00 | $905.00 | $905.00 |
| | 8/21/2009<br>$515.00 | | |

---

None  **4. Suits and administrative proceedings, executions, garnishments and attachments**

☐     a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CV12CO093262**<br>**WW Grainger Inc v. Tri-Cor Services LLC aka and dba Tri-Cor Services and Tri Cor Services** | **Action to collect account receivable.** | **In the Justice Court of Harris County, Texas, Prec 1, Place II** | **Agreed Judgement enterd November 2009, in favor of WW Grainer of and against Tri-Cor Services, LLC, in the amount of $4,637.85, plus prejudgement interest, postjudgment interest.** |
| **CA 2009-08784**<br>**Manufactured Component Parts, Ltd., d/b/a Schill Steel Services v. David Nazet, Galela Nazet and Tri-Cor Services, LLC** | **Action to recover account receivable** | **In the 280th Judicial District Court for Harris County, Texas** | **Agreed Judgement enterd July 7, 2009, in favor of Schill Steel Services of and against David Nazet, Galela Nazet and Tri-Cor Services, LLC, in the amount of $117,859.86.** |
| **CA 2008-71217**<br>**Metals Supply Company Ltd v Tri-Cor Services LLC** | **Action to collect account receivable.** | **In the 190th Judicial District Court of Harris County, Texas** | **Agreed Judgement entered____, 2009, in favor of  of Metals Supply Company and of and against Tri-Cor** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                    Case No. _____

                                                              (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

| | | | |
|---|---|---|---|
| | | | **Services, LLC, in the amount of $303,724.93 together with postjudgment interest and costs.** |
| **CA 939461**<br>**American Alloy Sourcing Specialists LP d/b/a American Alloy Steel v Tri-Cor Services LLC** | **Action to collect account receivable.** | **In the County Civil Court at Law No. 3 of Harris County, Texas** | **Final judgment enterd _____, 2009, in favor of American Alloy Steel of and against Tri-Cor Services, LLC, in the amount of $56,013.83 together with costs and postjudgment interest.** |
| **CA 2009-16636**<br>**D&L Quality Painting Inc. v Tri-Cor Services LLC** | **Action to collect account receivable.** | **In the 129th Judicial District Court of Harris County, Texas** | **Agreed Judgement enterd _____, 2009, in favor of Q&L Quality Painting of and against Tri-Cor Services, LLC, in the amount of $133,075, together with costs and postjudgment interest.** |
| **CA B0183329**<br>**Sentry Supply Inc d/b/a Superior Supply & Steel v. Tri-Cor Services LLC and David Nazet** | **Action to collect account receivable.** | **In the 6th Judicial District Court of Jefferson County, Texas** | **Agreed Judgement enterd _____, 2009, in favor of Superior Supply & Steel of and against David Nazet and Tri-Cor Services, LLC, in the amount of $187,309.47 together with postjudgment interest.** |
| **CA 4:10-cv-00737**<br>**Isreal Vera et al v. GTri-Cor Services LLC, David Nazet and Galela Nazet** | **Action under Fair Labor Standards Act to recover wages.** | **In the United States District Court for the Southern District of Texas, Houston Division** | **Pending.** |
| **CA 2009-05743**<br>**Tri-Cor Services LLC et al v. Tiger USA Ventures LLC et al** | **Breach of contract to recover for labor and materials furnished for custom fabrication of drilling rig.** | **In the 295th Judicial District Court of Harris County, Texas** | **Pending.  See also Schedule B.16** |
| **CA C-1-CV-10-000233, Texas Mutual Ins Co v Tri-Cor Services LLC** | **Civil action to collect amounts alleged due under worker's compensation premium audit.** | **In the County Civil Court at Law No. 1 of Travis County, Texas** | **Pending** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                     Case No. _____

                                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

None
☐   b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **D & L Quality Painting, Inc.**<br>**P.O. Box 1282**<br>**Houston, TX 77251** | **11/12/2009** | **Garnishment against dda ino Tri-Cor Services LLC at Woodforest Bank, NA.**<br>**$7940.43 -- garnishor**<br>**   750.00 -- Woodforest Bank legal fees**<br>**      85.00 -- legal expense fee** |
| **Comptroller**<br>**(upon information and belief:**<br>**Comptroller of State of Texas**<br>**Austin TX)** | **09/09/2009** | **Levy against dda ino Tri-Cor Services LLC at Woodforest Bank, NA.**<br>**$ 774.34 -- Comptroller**<br>**      85.00 -- Woodforest Bank legal expense fee** |
| **Unknown** | **08/29/2009** | **Unknown against dda ino Tri-Cor Services LLC at Woodforest Bank, NA.**<br>**$   85.00 -- Woodforest Bank legal expense fee** |

### 5. Repossessions, foreclosures and returns

None
☑   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None
☑   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☐   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE AND NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Eva S. Engelhart, Receiver**<br>**Attorney at Law**<br>**2 Riverway Ste 700**<br>**Houston TX 77056** | **CA B0183329, Sentry Supply Inc d/b/a Superior Supply & Steel v. Tri-Cor Services LLC and David Nazet; In the 6oth Judicial District Court of Jefferson County, Texas** | **03/12/2010** | **Receiver appointed but has not taken possession of any property of Tri-Cor Services LLC** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:   **Tri-Cor Services, LLC**                                      Case No. _____

                                                                                            (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

| | | | |
|---|---|---|---|
| **Michael Stein, Receiver**<br>**1113 Vine Street Ste 217**<br>**Houston TX 77002** | **CV12CO093262, WW Grainger Inc v. Tri-Cor Services LLC aka and dba Tri-Cor Services and Tri Cor Services; In the Justice Court of Harris County, Texas, Prec 1, Place II** | **03/01/2010** | **Receiver appointed but has not taken possession of any property of Tri-Cor Services LLC** |

---

### 7. Gifts

None ☐

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Cleveland Cowboy - CCF - Church**<br>**1034 CR 2285**<br>**Cleveland, TX 77327** | | **8/31/2009, 9/4/2009, 9/16/2009** | **$4,003.00 cash** |
| **Dave Castillo**<br>**7706 90 W Trl 13**<br>**Houston, TX 77049** | | **8/13/2009** | **$2,000.00 cash** |

---

### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of J Mark Davis**<br>**PO Box 79684**<br>**Houston, TX 77279-9684** | **04/09/10**<br>**Tri-Cor Manufacturing, Inc.** | **$7,500; $5,000 paid 04/09/2010.** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                    Case No. _____

                                                                                       (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Environmental Services, Inc. Attn: Ronald Tomlinson PO Box 1169 Crosby TX 77532 | 01/01/2009 | Machinery, equipment, welding machines, shop and office furniture, equipment.  $100,000. |

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Woodforest National Bank PO Box 7887 The Woodlands, TX 77387 | Acct # 185074 $0.00 | 12/04/2009 |
| Woodforest National Bank PO Box 7887 The Woodlands, TX 77387 | dda ****** esti. $100. | c. Mar 2008 |

---

### 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                      Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None
☑

### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None
☑

### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑

### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                    Case No. _____

                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**
**Gerald R Butler**                                         **1/1/07 - 7/26/2008**
**Evers & Butler LLP**
**PO Box 1489**
**Crosby, TX 77532-1489**

**Harris W Arthur, PLLC, CPA**                        **3/4/2009 - current**
**11601 Katy Fwy Ste 226**
**Houston, TX 77079-1819**

---

None
☐   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**NAME AND ADDRESS**                                    **DATES SERVICES RENDERED**
**none**

---

None
☑   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

---

None
☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None
☐   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

**DATE OF INVENTORY**      **INVENTORY SUPERVISOR**          **DOLLAR AMOUNT OF INVENTORY**
                                                                                        **(Specify cost, market or other basis)**
                                         **No inventories - mtls custom ordered - small**
                                         **supply of mtls**

---

None
☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                   Case No. _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Galela Nezat 17335 River Road Channelview, TX 77530 | Manging Member | 100% |

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Galela Nezat 17335 River Rd Channelview, TX 77530 | See SOFA Item 3; reimbursements. | $5580 |

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:   **Tri-Cor Services, LLC**                                                    Case No. _____
                                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 9*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **05/20/2010**_____        Signature **/s/ Galela Nezat**_____

                                                                                      **Galela Nezat**
                                                                                      **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Tri-Cor Services, LLC**                                   CASE NO

                                                              CHAPTER   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$7,500.00** |
| Prior to the filing of this statement I have received: | | **$5,000.00** |
| Balance Due: | | **$2,500.00** |

2. The source of the compensation paid to me was:
   ☐ Debtor        ☑ Other (specify)
                   **Tri-Cor Manufacturing, Inc.**

3. The source of compensation to be paid to me is:
   ☐ Debtor        ☑ Other (specify)
                   **Tri-Cor Manufacturing, Inc.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation in adversary proceedings or contested matters which will be subject of separate representation agreement.**

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**05/20/2010**                        **/s/ J Mark Davis**
*Date*                                *J Mark Davis*                      Bar No.  05518200
                                      Law Offices of J Mark Davis
                                      PO Box 79684
                                      Houston, TX 77279-9684
                                      mark@jmarkdavis.com
                                      Phone: (713) 461-7800 / Fax: (713) 461-7880

---

**/s/ Galela Nezat**
*Galela Nezat*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Tri-Cor Services, LLC**                                    CASE NO

                                                                    CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  05/20/2010                                    Signature  /s/ Galela Nezat
                                                              *Galela Nezat*
                                                              *Managing Member*

Date _____              Signature _____

Abel Gomez
670 Maxey
Houston, TX 77216


Alexander Palma
16107 Bear Bayou Dr Apt. #21
Channelview, TX 77530


American Alloy Steel
6230 N. Houston-Rosslyn
Houston, TX 77240-0469


Artemio Rodriguez
9322 Oak Knoll Ln
Channelview, TX 77078


Arturo Ayala
% Mark J Levine Atty at Law
4747 Bellaire Ste 500
Bellaire, TX 77401


Arturo Rico Lopez
1710 Scarborosh Ln Apt #29
Pasadena, TX 77502


ASI Piping
PO Box 1558
Vidor, TX 77670


Benchmark Logistics
4836 Brecksville Rd
Richfield, OH 44286


Bruce E. Nesom
14803 Anoka
Channelview, TX 77530

Bryan Nesom
14803 Anoka
Channelview, TX 77530


D & L Quality Painting, Inc.
P.O. Box 1282
Houston, TX 77251


Dave Castillo
7706 Hwy 90 W Trl. 13
Houston, TX 77049


David Nazet
17335 River Rd
Channelview, TX 77530


Eduardo Nieves
426 Ave D
Channelview, TX 77530


ETI Environmental
PO Box 1169
Crosby, TX 77532


Eva S. Engelhart, Receiver
Two Riverway Ste 700
Houston, TX 77056


Everitt Industrial Supply
P.O. Box  1152
Channelview, TX 77530


Farmers Insurance Group
PO Box 660065
Dallas, TX 75266-0665

Fondren Orthopedic Group
7401 S Main Street
Houston, TX 77030


Francisco Alarcon
603 Marleen St
South Houston, TX 77034


Fugro Consultants, Inc.
P.O. Box  200559
Houston, TX 77216-0559


Galela Nazet
17335 River Rd
Channelview, TX 77530


Galela Nazet
1410 North Drive
Channelview, TX 77530-2716


Groves Industrial Supply
6943 Paysphere Circle
Chicago, IL 60674


Hugo Arredondo
8827 Derby
Houston, TX 77075


Israel Vera
2436 Broadway #4
LaPorte, TX 77371


Jesus Rodriguez-Perez
16121 Bear Bayou Trl #30
Channelview, TX 77530

Jetco Delivery
5521 Wright Road
Houston, TX 77020


John Nagel
10906 Harvest Sun Dr.
Houston, TX 77064


Jonny Vidal
16410 Ave D #2
Channelview, TX 77530


Jorge Briones
1318 French Avenue
Temple, TX 76504


Jorge Jimenez
7815 Nodding Pines Ln
Houston, TX 77044


Jose Padilla
8938 Caddo Rd
Houston, TX 77078


Josue Frias
15915 Channelview Dr.
Channelview, TX 77530


Juan M Rocha-Rodriguez
16121 Bear Bayou Trl #30
Channelview, TX 77530


Juan Padron
975 Sheldon Rd Apt #17
Channelview, TX 77530

Keith, Inc.
5914 Willardville
Houston, TX 77048


Longhorn Steel
11921 F.M. 929
Houston, TX 77041


Lynx 1 Hotshot
P.O. Box 992
Magnolia, TX 77353


Macsteel Service Centers USA
7400 Mesa Drive
Houston, TX 77028


Marine Inspection Specialists
112 S. 8th St.
LaPorte, TX 77571


Mario Morales
2106 9th St.
Galena Park, TX 77547


Mark J Levine
Levine & Associates PC
4747 Bellaire Ste 500
Bellaire, TX 77401


Metals Supply Company, LTD
P.O. Box 15352
Houston, TX 15352


Michael Stein, Receiver
1113 Vine Street Ste 217
HOUSTON, TX 77002

Miguel Infante
1810 Jamie Erin Ln
Channelview, TX 77530


Mustang Cat
Attn: Chris McVey, Director of Finance
P.O. Box 1373
Houston, TX  77251-1373


North Shore Supply Co.
P.O. Box 9940
Houston, TX 77213-9940


Oscar Pahuamba
14127 Garber Ln
Houston, TX 77015


Pablo Nieves
1609 Hiller St
Houston, TX 77015


Perry Gene Harris
10906 Harvest Sun Dr.
Houston, TX 77064


Phillips Steel & Industrial Supplies
10001 Porter Rd.
LaPorte, TX 77571


Primary Steel Products
P.O. Box 132061
Spring, TX 77393-2061


Rafael Ruiz Gomez
15403 Woodforest Blvd
Channelview, TX 77530

Ray Anthony International, LLC
317 South Hwy 146
Baytown, TX 77520


Reliance Metalcenter
8561 E. North Belt Drive
Humble, TX 77396


Ricardo Torres
2409 Maple Ave
Waco, TX 76707


Rigo Sanchez
4911 Debeney
Houston, TX 77039


Roman Nieves Jr.
1609 Hiller St
Houston, TX 77015


Roman Nieves Sr.
302 Cedar Ln
Channelview, TX 77530


Ruben Jimenez
8806 LaPorte Road
Houston, TX 77012


Santiago Vazquez
15143 Grassington Dr
Channelview, TX 77530


Schill Steel Services
3001 W. 11th Ave
Houston, TX 77008

Sergio Castilleja
811 Richey #28
Pasadena, TX 77506


Staples
P.O. Box 689020
Des Moines, IA 50638-9020


Superior Steel & Supply
5450 Northwest Central #200
Houston, TX 77092


Texas Business Systems
6955 Port West Dr #180
Houston, TX 77024


Texas Mutual Ins Co
Attn: Mimi Hastings Shelton
6210 East Highway 290
Austin, TX 78723-1098


Texas Steel Processing Inc.
P.O. Box 951440
Dallas, TX 75395-1440


Thomas J Kerr
Kerr Wilson PC
521 North Sam Houston Pkwy Ste 540
Houston, TX 77060


Tomas Ojeda
1227 Ave F
Houston, TX 77083


Tristar Welding Supply Co
12771 Market St
Houston, TX 77015

```
Tristar Welding Supply Co
12771 Market Street Road
Houston, TX 77015-6034
```

```
W.W. Grainger, Inc.
7300 N. Melvina Ave.
Niles, IL 60714
```

```
Wilmer Carpio
225 Aldine Bender Rd. #1601
Houston, TX 77060
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re: **Tri-Cor Services, LLC**

CASE NO

CHAPTER   **7**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:    **$0.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$0.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$0.00** |
| 12. Office Expenses and Supplies: | **$0.00** |
| 13. Repairs and Maintenance: | **$0.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$0.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):    **$0.00**